**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 26-25104-CV-WILLIAMS**

ALFONSO WATT BUENO,

     Petitioner,

v.

DEPARTMENT OF HOMELAND SECURITY,
*et al.*,

     Respondents.

_____/

## ORDER DISMISSING CASE

**THIS MATTER** is before the Court on the *pro se* Petition for Writ of Habeas Corpus (DE 1) ("***Petition***") brought pursuant to 28 U.S.C. § 2241 by Petitioner Alfonso Watt Bueno ("***Petitioner***") challenging the constitutionality of his continued detention by immigration officials.  Petitioner has previously filed a § 2241 Petition which is currently pending before the Court.  *See Bueno v. Warden, Florida Soft Side South*, No. 1:26-cv-21397-KMM (S.D. Fla. Mar. 2, 2026) ("***Bueno I***").  *Bueno I* has been consolidated by the Court with *Carvajalino v. Dep't of Homeland Security, et al.*, No. 1:26-cv-21281-KMM (S.D. Fla.) ("***Lead Case***") because the  habeas actions have common questions of law or fact pursuant to Fed. R. Civ. P. 42(a).  Careful review of *Bueno I* and this case reveals that the filings are virtually identical, with Petitioner seeking release from immigration custody.[1]  Accordingly, for the reasons discussed below this Petition is **DISMISSED** as duplicative of *Bueno I*.

---

[1] *Bueno I*, the lower-numbered case, is pending in the Lead Case and, therefore, appears ripe for judicial review.

"Federal courts . . . retain broad powers to prevent duplicative or unnecessary litigation." *Slack v. McDaniel*, 529 U.S. 473, 478 (2000). "[T]he general rule is that a suit is duplicative of another suit if the parties, issues and available relief do not significantly differ between the two actions." *I.A. Durbin, Inc. v. Jefferson Nat'l Bank*, 793 F.2d 1541, 1551 (11th Cir. 1986) (citing cases). "Trial courts are afforded broad discretion in determining whether to stay or dismiss litigation in order to avoid duplicating a proceeding already pending in another federal court." *Id*. at 1551–52. It is evident that this action is virtually identical to *Ortiz 1*—the lower-numbered case. Accordingly, upon review of the Petition, the record, and applicable law, it is **ORDERED AND ADJUDGED** as follows:

1.    The Petition (DE 1) is **DISMISSED** as duplicative of *Bueno I*—the lower-numbered case.

2.    The Clerk of Court is instructed to file a copy of the Petition filed in this case in the Lead Case, and note the docket that this has been accomplished, as ordered.

3.    The Clerk of Court shall **CLOSE THIS CASE**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 29th day of July, 2026.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**

**Alfonso Watt Bueno,** *Pro Se*
Alien #024455183
Krome North Service Processing Center
Inmate Mail/Parcels
18201 SW 12th Street
Miami, FL 33194

**U.S. Attorney**
Noticing 2241/Bivens US Attorney
Email: usafls-2255@usdoj.gov

**U.S. Immigration & Naturalization Services Attorney**
Noticing INS Attorney
Email: usafls-immigration@usdoj.gov